UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————x
:
JAMES FAHERTY, LINDA FEIBEL, and MOE  :   Case No. 1:09-cv-12102 (RGS)
TARKINOW, on behalf of themselves, and those :
similarly situated, :
:
                 Plaintiffs, :
:
  vs. :
:
CVS PHARMACY, INC., :
:
                 Defendant. :
:
———————————————————x

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF A STAY**

WHEREAS, on April 13, 2011, the parties to the above-captioned action (the "Action") filed a Joint Motion for Entry of a Scheduling Order in which they advised the Court that the parties were attempting to settle this action and two related actions, *Harvey v. CVS Pharmacy, Inc.,* NO. 08-05058 (C.D. Cal.) and *Finley v. CVS Pharmacy, Inc.*, No. 08-L-616 (12th Jud. Cir., St. Claire Cty., Ill.)(collectively, the "Other Actions");

WHEREAS, on April 15, 2011, this Court granted the parties Joint Motion for Entry of a Scheduling Order;

WHEREAS, on July 18, 2011, the parties to this Action and the Other Actions reached a settlement that was preliminarily approved by the Court in the *Finley* action at a hearing that day;

WHEREAS, the parties intend to send notice to the settlement class on August 8, 2011 and seek final approval of the settlement before the Court presiding over the *Finley* action;

THEREFORE, the parties jointly request that the Court vacate the Scheduling Order entered on April 15, 2011 and stay further proceedings pending the outcome of the notice and approval process in the *Finley* action.[1]

DATED:   August 5, 2011                    Respectfully submitted,


/s/ Patrick J. Sheehan
Patrick J. Sheehan (BBO # 639320)
**WHATLEY DRAKE & KALLAS, LLC**
60 State Street, 7th Floor
Boston, Massachusetts 02109
Telephone: (617) 573-5118
Facsimile: (617) 573-5090
psheehan@wdklaw.com

*Attorneys for Plaintiffs*


/s/ William R. Grimm
William R. Grimm (BBO # 21212)
**HINCKLEY, ALLEN & SNYDER LLP**
28 State Street
Boston, MA 02109-1775
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
wgrimm@haslaw.com

*Attorneys for Defendant*

---

[1] A stay order has already been entered in the *Harvey* action.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing document, filed through the ECF system, will be served electronically through the ECF System on the email-registered participants as identified on the Notice of Electronic Filing ("NEF") on August 5, 2011.

                                               /s/ Patrick J. Sheehan
                                               Patrick J. Sheehan