# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

———————————————————x
:
LINDA FEIBEL, MOE TARKINOW, and : Case No. 1:09-cv-12102 (RGS)
JAMES FAHERTY on behalf of themselves, and :
those similarly situated, :
:
                  Plaintiffs, :
:
   vs. :
:
CVS PHARMACY, INC., :
:
                  Defendant. :
:
———————————————————x

## STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Linda Feibel and Defendant CVS Pharmacy, Inc. (collectively, the "Parties"), through their respective undersigned counsel, hereby agree and stipulate that the above-captioned action shall be dismissed in its entirety, with the Parties to bear their own respective costs and expenses.

DATED: March 8, 2012                         Respectfully submitted,

                                               /s/ Patrick J. Sheehan
                                               Patrick J. Sheehan (BBO # 639320)
                                               **WHATLEY DRAKE & KALLAS, LLC**
                                               60 State Street, 7th Floor
                                               Boston, Massachusetts 02109
                                               Telephone: (617) 573-5118
                                               Facsimile: (617) 573-5090
                                               psheehan@wdklaw.com

                                               *Attorneys for Plaintiffs*

- 2 -

/s/ Thomas A. Evans
Thomas A. Evans (admitted *pro hac vice*)
**REED SMITH LLP**
101 Second Street
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: tevans@reedsmith.com

William R. Grimm (BBO #21212)
**HINCKLEY, ALLEN & SNYDER LLP**
28 State Street
Boston, MA 02109-1775
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
E-mail: wgrimm@haslaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing document, filed through the ECF System, will be served electronically through the ECF System on the email-registered participants as identified on the Notice of Electronic Filing on March 8, 2012.

                                    /s/ Patrick J. Sheehan
                                    Patrick J. Sheehan